UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENTWOOD UNION SCHOOL DISTRICT,<br><br>              Plaintiff,<br><br>     v.<br><br>STUDENT H.H.,<br><br>              Defendant. | Case No. 15-cv-05335-VC |
| H., et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>BRENTWOOD UNIFIED SCHOOL DISTRICT, et al.,<br><br>              Defendants. | Case No. 15-cv-05461-VC<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

An in-person case management conference is scheduled for February 2, 2016 at 1:30 pm. The parties must file a joint case management statement seven days before the conference. In the statement, the parties should address the adequacy of the application to proceed in forma pauperis and the motion to appoint Lynda Holmes as guardian ad litem (in addition to the items they are required to discuss pursuant to the local rules).

**IT IS SO ORDERED.**

Dated: January 22, 2016

_____
VINCE CHHABRIA
United States District Judge