UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENTWOOD UNION SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUDENT H.H.,<br><br>　　　　Defendant. | Case No.　15-cv-05335-VC<br>Case No.　15-cv-05461-VC<br><br>**ORDER** |
| H., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BRENTWOOD UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | |

　　　This Order summarizes the key points discussed at the hearing on November 10, 2016.

　　　The Court will issue a separate order referring these cases to Judge Beeler for a settlement conference to take place within 60 days.

　　　The Court orders Nicole Hodge Amey, counsel for H., and Paul Gant, Ethan Retan, and Katherine Alberts – collectively, counsel for Brentwood Unified School District – to place an order for a copy of the transcript of today's morning and afternoon proceedings no later than Monday, November 14, 2016. The cost of the transcript will be split evenly between counsel for H and counsel for the District. Within seven days of receiving the transcript, counsel will

provide the full transcript to their respective clients, along with a copy of this order, and file with the Court a declaration personally certifying that his or her client has been provided with the transcript and this order.

A further case management conference will be held on February 7, 2017. All discovery in Case No. 15-05461, *H. v. Brentwood*, is stayed until the case management conference. At the request of counsel for the District, the Court will defer the hearing on the motion for summary judgment until after the case management conference.

**IT IS SO ORDERED.**

Dated:  November 10, 2016

_____
VINCE CHHABRIA
United States District Judge